# United States District Court
## Violation Notice

**CVB Location Code:** M4B

**Violation Number:** F0HW000L
**Officer Name:** Forman
**Officer No.:** 2616

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/19/2025 15:40
**Offense Charged:** FED 36CFR261.12G

**Place of Offense:** FEELY RD, MM5

**Offense Description: Factual Basis for Charge**
License Plates Not Displayed

HAZMAT ☐

F0HW000L

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** LACONTE
**First Name:** MICHAEL
**M.I.:** C

**Street Address:**

**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M  ☐ F
Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

**VIN:** L6JYCNLC9510000129   **CMV** ☐

**Tag No.:** CCFJ288
**State:** MT
**Year:** 2005
**Make/Model:** OTRE/K2
**PASS** ☐
**Color:** WHI

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| $ 85.00 | Forfeiture Amount | |
| $ 30.00 | Processing Fee | |
| **PAY THIS AMOUNT** $ 115.00 | Total Collateral Due | |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):** 09/04/2025
**Time (hh:mm):** 09:45

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature**

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

F0HW000L

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/19/2025 while exercising my duties as a law enforcement officer in the _____ District of MT

Pursuant to 16USC 551: I, Scott Forman, state that on August 19, 2025, at approximately 1540 hours, while performing my duties as a Law Enforcement Officer (LEO) in the Butte Ranger District of the Beaverhead-Deerlodge National Forest, Montana, I issued Violation notice F0HW000L and Warring notice M0HW00N, M0HW00O to MICHAEL C. LACONTE. While patrolling Beaver Dam Campgrounds along Feely Road (National Forest Service Route 96), Officer Sherman and I observed a male individual operating a white Kayo K2 dirt bike traveling eastbound on NFSR 96. The vehicle did not appear to have a properly displayed license plate.

I activated the emergency lights on my patrol vehicle and conducted a traffic stop at mile marker 5 on FSR 96. I identified the driver as MICHAEL C. LACONTE via his Montana Driver License. During our interaction, I requested vehicle registration. LACONTE provided proof of ownership through a valid vehicle registration. I informed him that license plates must be properly displayed while operating a vehicle on National Forest System Routs. LACONTE responded by stating, "You're stupid," and claimed he did not need to display a plate on Forest Service roads. I contacted Butte Silver-Bow Dispatch to conduct a warrant check on LACONTE. Dispatch confirmed that LACONTE had an active warrant for his arrest out of Gallatin County for forgery.

I placed LACONTE under arrest. During a search incident to arrest, I discovered that he was in possession of marijuana and a pipe.

I remained on scene until a tow truck arrived and transported the white Kayo K2 dirt bike to Turney Repair Towing Lot. I then transported LACONTE to Butte Silver-Bow Detention without incident.

Violation Notice Issued Violation of Operating a Motor Vehicle in Violation of State Law (36 CFR 261.12 (g)): Operate a Vehicle With License Plates Not Properly Displayed— MCA

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/2025
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident